**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**

```
-----------------------------------------------------------x
                                                           :
In re                                                      :     Chapter 11
                                                           :
THE COLONIAL BANCGROUP, INC.,                              :     (Bankr. Case No. 09-32303 (DHW))
                                                           :
        Debtor.                                            :
                                                           :
-----------------------------------------------------------x
                                                           :
                                                           :
FEDERAL DEPOSIT INSURANCE                                  :
CORPORATION, AS RECEIVER FOR                               :
COLONIAL BANK,                                             :
                                                           :
        Appellant,                                         :
                                                           :
v.                                                         :     Case No. 2:11-cv-00133-MHT
                                                           :
THE COLONIAL BANCGROUP, INC.,                              :
et al.,                                                    :
                                                           :
        Appellees.                                         :
                                                           :
-----------------------------------------------------------x
```

## CONFLICT DISCLOSURE STATEMENT

THE COLONIAL BANCGROUP, INC. ("BancGroup"), an appellee in the above-captioned matter and debtor and debtor in possession in BancGroup's pending Chapter 11 bankruptcy case, and in accordance with the standing order of this Court, makes the following disclosures concerning (1) parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047; and (2) members of BancGroup's official committee of unsecured creditors, any entity which is an active participant in BancGroup's Chapter 11 bankruptcy case, and other entities whose stock or equity value may be substantially affected by the outcome of the proceeding:

On information and belief, BancGroup states that it may have varying ownership interests in the following entities:

1. Colonial Bank, an Alabama bank that is in receivership with the Federal Deposit Insurance Corporation as receiver
2. Colonial Brokerage, Inc., a Delaware corporation
3. Colonial Capital Trust IV, a Delaware business trust
4. P.C.B. Statutory Trust II, a Connecticut business trust
5. BP Hwy 10 San Antonio, Ltd, a Texas limited partnership
6. BP 395 Nashville, Ltd, a Texas limited partnership
7. CB Dogwood, LLC, a Georgia limited liability company
8. CB Habersham, LLC, a Georgia limited liability company
9. CB Habersham II, LLC, a Georgia limited liability company
10. CBG Real Estate, LLC, an Alabama limited liability company
11. CD Lake Deerfield, LLC, a Georgia limited liability company
12. CD Peachtree Corners, LLC, a Georgia limited liability company
13. Colonial Crabapple, LLC, a Georgia limited liability company
14. Colonial Deerfield, LLC, a Georgia limited liability company
15. Colonial Mead, LLC, a Georgia limited liability company
16. Crabapple White Columns Development, LLC, a Georgia limited liability company
17. Denton 1385 Partners, L.P., a Texas limited partnership
18. MCOL Development Three, L.P., a Georgia limited partnership
19. MCOL Development Four, L.P., a Georgia limited partnership
20. Lake Avenue Associates, LLC, a Georgia limited liability company
21. Peachtree Hills Place, LLC, a Georgia limited liability company
22. CBG Florida REIT Corp., a real estate investment trust

The members of BancGroup's official committee of unsecured creditors are:

1. Fine Geddie & Associates

2. The Bank of New York Trust Company, N.A., as indenture trustee

3. U.S. Bank National Association, as indenture trustee


Active participants in BancGroup's Chapter 11 bankruptcy case are:

1. Bankruptcy Administrator for the United States Bankruptcy Court for the Middle District of Alabama

2. Branch Banking and Trust Company

3. Federal Deposit Insurance Corporation, as receiver for Colonial Bank, Montgomery, Alabama

4. The Official Committee of Unsecured Creditors of The Colonial BancGroup, Inc.

5. Alabama Department of Revenue


Dated: March 8, 2011 /s/ Rufus T. Dorsey, IV
One of the Attorneys for The Colonial BancGroup, Inc.


C. Edward Dobbs, Esq.
Rufus T. Dorsey, IV, Esq.
J. David Freedman, Esq.
PARKER, HUDSON, RAINER & DOBBS LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue NE
Atlanta, Georgia 30303
(404) 523-5300
(404) 522-8409
edobbs@phrd.com
rdorsey@phrd.com
dfreedman@phrd.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was electronically served on March 8, 2011, by transmission of Notices of Electronic Filing generated by CM/ECF to persons registered as of issuance of filing, addressed as follows:

    Alan R. Glickman  (alan.glickman@srz.com)

    Brian D. Pfeiffer  (brian.pfeiffer@srz.com)

    C. Edward Dobbs  (ced@phrd.com)

    J. David Freedman  (jdf@phrd.com)

    John J. Clarke, Jr.  (john.clarke@dlapiper.com)

    Marc P. Solomon  (msolomon@burr.com)

    Mark D. Griffin  (mark.griffin@revenue.alabama.gov)

    Michael A. Fritz, Sr.  (bankruptcy@fritzandhughes.com)

    N. Christian Glenos (cglenos@ba-boult.com)

    Robert B. Rubin  (brubin@burr.com)

    Thomas R. Califano  (thomas.califano@dlapiper.com)

Dated: March 8, 2011                          */s/ Rufus T. Dorsey, IV*
                                                  One of the Attorneys for The Colonial BancGroup, Inc.