**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **In re:**<br><br>**THE COLONIAL BANCGROUP, INC.,**<br><br>       **Debtor.** | |
| **FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Colonial Bank,**<br><br>       **Appellant,**<br><br>       **v.**<br><br>**THE COLONIAL BANCGROUP, INC., et al.,**<br><br>       **Appellees.** | **Case No. 2:11-cv-0133 (MHT)**<br><br>**Bankruptcy Appeal** |

**CONFLICT DISCLOSURE STATEMENT BY APPELLANT**
**FEDERAL DEPOSIT INSURANCE CORPORATION,**
**AS RECEIVER FOR COLONIAL BANK**

Appellant Federal Deposit Insurance Corporation, as receiver for Colonial Bank (the "FDIC-Receiver"), by its undersigned attorneys, respectfully submits this disclosure statement in accordance with this Court's General Order Misc. Case No. 00-3047.

1.     The FDIC-Receiver is a governmental entity. The FDIC-Receiver operates in a separate legal capacity from the Federal Deposit Insurance Corporation in its corporate capacity. On August 14, 2009, the FDIC-Receiver was appointed the receiver for Colonial Bank. Upon its appointment as receiver, the FDIC-Receiver succeeded by operation of law to "all rights, titles, powers, and privileges of the insured depository institution, and of any stockholder, member,

accountholder, depositor, officer, or director of such institution with respect to the institution and the assets of the institution." 12 U.S.C. § 1821(d)(2)(A)(i).

2. The appellees in this bankruptcy appeal are:

    a. The Colonial BancGroup, Inc.;

    b. The Official Committee of Unsecured Creditors of The Colonial BancGroup, Inc. (the "Creditors Committee");

    c. Branch Banking & Trust Co.

3. There are three members of the Creditors Committee:

    a. Fine Geddie & Associates;

    b. The Bank of New York Trust Company, N.A., as indenture trustee;

    c. U.S. Bank National Association Corporate Trust Services, as indenture trustee.

4. Numerous other parties in interest have appeared or filed claims in the chapter 11 proceedings below.

Dated: Montgomery, Alabama  
   March 9, 2011

Respectfully submitted,

 /s/ Michael A. Fritz, Sr.  
Michael A. Fritz, Sr.  
michael@fritzandhughes.com  
Fritz Hughes & Hill LLC  
7020 Fain Park Drive Suite 1  
Montgomery, AL 36117  
(334) 215-4422

John. J. Clarke, Jr.  
Thomas R. Califano  
Michael D. Hynes  
DLA Piper LLP (US)  
1251 Avenue of the Americas  
New York, New York  10020-1104  
Telephone:     212-335-4500  
Facsimile:     212-335-4501

Attorneys for the  
  Federal Deposit Insurance Corporation,  
  as Receiver for Colonial Bank

## CERTIFICATE OF SERVICE

The undersigned hereby certifies he is one of the attorneys for defendant FDIC-Receiver and that on March 9, 2011, a true and correct copy of the foregoing document was filed with this Court's ECF system in this action, which will cause the electronic service of this document upon all persons registered in this action to receive CM/ECF notifications as of its filing to include the following:

**C. Edward Dobbs**  
Parker, Hudson, Rainer & Dobbs, LLP  
1500 Marquis Two Tower  
285 Peachtree Center Avenue, NE  
Atlanta, GA 30303  
Email: ced@phrd.com

**J. David Freedman**  
Parker, Hudson, Rainer & Dobbs LLP  
1500 Marquis Two Tower - 285 Peachtree Center Ave, N.E.  
Atlanta, GA 30303  
Email: jdf@phrd.com

**Rufus T Dorsey , IV**
Parker, Hudson, Rainer & Dobbs, LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, NE
Atlanta, GA 30303
Email: rtd@phrd.com


  /s/ Michael Fritz
      Michael Fritz