# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **In re:** | |
| **THE COLONIAL BANCGROUP, INC.** | Case Number 09-32303 (DHW) |
| Debtor. | Chapter 11 |
| **FEDERAL DEPOSIT INSURANCE CORPORATION**, as Receiver for Colonial Bank, | |
| Appellant, | |
| v. | Civil Action No. 2:11-cv-133-MHT |
| **THE COLONIAL BANCGROUP, INC.,** et al., | Bankruptcy Appeal |
| Appellees. | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Thomas Parker Griffin does hereby enter his appearance as one of the attorneys of record for Branch Banking and Trust Company, and requests that, pursuant to the applicable Rules of Civil Procedure, all future pleadings, correspondence, notices, and the like be served on him at:

Thomas Parker Griffin, Jr., Esq.
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
pgriffin@babc.com

Respectfully submitted this 10th day of March, 2011.

/s/ T. Parker Griffin, Jr.
T. Parker Griffin, Jr.
One of the Attorneys for
Branch Banking and Trust Company

**OF COUNSEL**:

BRADLEY ARANT BOULT CUMMINGS LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
Email: pgriffin@babc.com

### **CERTIFICATE OF SERVICE**

I hereby certify that I have on this 10th day of March, 2011 a true and correct copy of the above and foregoing with this Court's ECF system in this action, which will cause the electronic service of this document upon all persons registered in this action to receive CM/ECF notifications as of its filing, including the following:

C. Edward Dobbs
Rufus T. Dorsey, IV
J. David Freedman
Parker, Hudson, Rainer & Dobbs, LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, N.E.
Atlanta, GA 30303
ced@phrd.com
rtd@phrd.com
jdf@phrd.com

Thomas R. Califano
John J. Clarke, Jr.
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Thomas.califano@dlapiper.com
John.clarke@dlapiper.com

Michael A. Fritz, Sr.
Fritz & Hughes, LLC
7020 Fain Park Drive, Suite 1
Montgomery, AL 36117
michael@fritzandhughes.com

1/2148506.1

/s/ T. Parker Griffin, Jr.
OF COUNSEL

1/2148506.1