# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **FDIC, as Receiver for Colonial Bank** | )<br>)<br>) |
| **Appellant.** | )<br>) |
| v. | )  11-CV-00133-MHT |
| | ) |
| **The Colonial BancGroup, Inc., et al.** | )<br>) |
| **Appellees.** | )<br>) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Appellee, The Official Committee of Unsecured Creditors of The Colonial BancGroup, Inc. (the "Committee") hereby states that it is an entity appointed, pursuant to 11 U.S.C. § 1102, by the Bankruptcy Court for the Middle District of Alabama, pursuant to its order dated September 28, 2009, and its members are as follows:

1. Fine Geddie & Associates is a governmental affairs and legislative services firm with no parent or publicly held corporation owning 10% or more of its stock.

2. Bank of New York Mellon Corp. f/k/a The Bank of New York Trust Company, N.A. is a financial institution with no parent or publicly held corporation owning 10% or more of its stock.

3. U.S. Bank National Association is a financial institution whose parent company U.S. Bancorp owns 10% or more of its stock.

Dated this the 17th day of March, 2011.

/s/ Marc P. Solomon
Robert B. Rubin

1903489 v1

Derek F. Meek
Marc P. Solomon
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
brubin@burr.com
dmeek@burr.com
msolomon@burr.com
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

-and-

Alan R. Glickman
Brian D. Pfeiffer
Brian Kohn
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022
alan.glickman@srz.com
brian.pfeiffer@srz.com
brian.kohn@srz.com
Telephone: (212) 756-2000
Facsimile: (212) 593-5955

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 17th day of March, 2011:

**Federal Deposit Insurance Corporation, as Receiver for Colonial Bank:**
John J. Clarke, Jr.
Thomas R. Califano
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020
john.clarke@dlapiper.com
thomas.califano@dlapiper.com

Michael Aaron Fritz, Sr.
Fritz & Hughes, LLC
7020 Fain Park Drive, Suite 1
Montgomery, AL 36117
bankruptcy@fritzandhughes.com

**The Colonial BancGroup, Inc.:**
C. Edward Dobbs
Rufus T. Dorsey, IV
J. David Freedman
Parker, Hudson, Rainer & Dobbs, LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, NE
Atlanta, GA 30303
ced@phrd.com
rtd@phrd.com
jdf@phrd.com

**State of Alabama Department of Revenue:**
Mark Douglas Griffin
State of Alabama Dept. of Revenue
Legal Division
P.O. Box 320001
Montgomery, AL 36132-0001
mark.griffin@revenue.alabama.gov

**Branch Banking & Trust Co.:**
Nicholas Christian Glenos
Thomas Parker Griffin, Jr.
Bradley Arant Boult Cummings LLP
One Federal Place

1819 Fifth Avenue North
Birmingham, AL 35203
cglenos@ba-boult.com
pgriffin@babc.com

/s/ Marc P. Solomon
OF COUNSEL

1903489 v1                                4