UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In re:<br><br>THE COLONIAL BANCGROUP, INC.,<br><br>      Debtor. | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Colonial Bank,<br><br>      Appellant,<br><br>      v.<br><br>THE COLONIAL BANCGROUP, INC., et al.,<br><br>      Appellees. | Case No. 2:11-cv-0133 (MHT)<br><br>**Bankruptcy Appeal** |

### MOTION FOR ADMISSION PRO HAC VICE
### OF JOHN J. CLARKE, JR.

Pursuant to this Court's Local Rule 83.1(b), Michael A. Fritz Sr. of Fritz Hughes & Hill, LLC, respectfully moves for the admission *pro hac vice* of John J. Clarke, Jr. of DLA Piper, LLP (US), 1251 Avenue of the Americas, New York, New York 10020, to appear as his co-counsel for defendant Federal Deposit Insurance Corporation, as receiver for Colonial Bank (the "FDIC-Receiver").

1.     Mr. Clarke is a lawyer admitted to practice in the State of New York and has been a member in good standing of that bar since his admission in January 1991.

2.     Mr. Clarke is also admitted to practice before, and is a member in good standing of the bars of, the following federal courts:  the United States District Courts for the Southern

and Eastern Districts of New York; the United States Courts of Appeal for the Second Circuit; the United States Courts of Appeal for the Third Circuit and for the D.C. Circuit; and the United States Supreme Court.

3. In accordance with the Court's local rules, a copy of a certificate of good standing from the United States District Court for the Southern District of New York is attached as Exhibit 1 to the accompanying Declaration of John J. Clarke, Jr. dated March 31, 2011.

4. Mr. Clarke has been admitted *pro hac vice* in the pending chapter 11 case *In re The Colonial BancGroup, Inc.*, Case No. 09-33203 (DHW), which is pending before the United States Bankruptcy Court for the Middle District of Alabama. He also has been admitted *pro hac vice* in a related action pending before this Court, styled *Colonial BancGroup, Inc. v. F.D.I.C.*, No. 2:10-cv-0198 (MHT).

5. Mr. Clarke certifies that he has never been disbarred or suspended from the practice of law in the State of Alabama, in any other state or in any federal court.

6. Mr. Clarke certifies further that he is familiar with and shall be governed by the local rules of this Court, the rules of professional conduct and all requirements governing the professional behavior of members of the bar for this District.

Dated: Montgomery, Alabama
      April 6, 2011

Respectfully submitted,

 /s/ Michael A. Fritz, Sr.

Of Counsel:
Michael A. Fritz, Sr.
michael@fritzandhughes.com

John J. Clarke, Jr.
Fritz Hughes & Hill, LLC
Thomas R. Califano
7020 Fain Park Drive Suite 1
DLA Piper LLP (US)
Montgomery, AL 36117
1251 Avenue of the Americas
(334) 215-4422
New York, New York  10020-1104
Telephone:    212-335-4500
Attorneys for the
Facsimile:    212-335-4501
  Federal Deposit Insurance Corporation,
  as Receiver for Colonial Bank

## CERTIFICATE OF SERVICE

The undersigned hereby certifies he is one of the attorneys for defendant FDIC-Receiver and that on April 6, 2011, a true and correct copy of the foregoing document was filed with this Court's ECF system in this action, which will cause the electronic service of this document upon all persons registered in this action to receive CM/ECF notifications as of its filing to include the following:

**C. Edward Dobbs**
Parker, Hudson, Rainer & Dobbs, LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, NE
Atlanta, GA 30303
Email: ced@phrd.com

**Alan R. Glickman**
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
Email: alan.glickman@srz.com

**J. David Freedman**
Parker, Hudson, Rainer & Dobbs, LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, NE
Atlanta, GA 30303
Email:  jdf@phrd.com

**Brian T. Kohn**
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
Email: brian.kohn@srz.com

**Rufus T. Dorsey IV**
Parker, Hudson, Rainer & Dobbs, LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, NE
Atlanta, GA 30303
Email: rtd@phrd.com

**Brian D. Pfeiffer**
Schulte Roth & Zabel
919 Third Avenue
New York, NY 10022
Email: brian.pfeiffer@srz.com

**Mark Douglas Griffin**
State of Alabama Dept. of Revenue
Legal Division
PO Box 320001
Montgomery, AL 36132-0001
Email: mark.griffin@revenue.alabama.gov

**Derek Firth Meek**
Burr & Forman LLP
420 North 20th Street Suite 3400
Birmingham, AL 35203
Email: dmeek@burr.com

**Nicholas Christian Glenos**
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
Email: cglenos@ba-boult.com

**Marc Peter Solomon**
Burr & Forman LLP
420 North 20th St., Suite 3400
Birmingham, AL 35203
Email: msolomon@burr.com

| | |
|---|---|
| **Thomas Parker Griffin , Jr.** | **Robert Barton Rubin** |
| Bradley Arant Boult Cummings,LLP | Burr & Forman LLP |
| 1819 5th Avenue North | 420 North Twentieth Street 3 |
| Birmingham, AL 35203 | Birmingham, AL 35203 |
| Email: pgriffin@babc.com | Email: brubin@burr.com |

          /s/ Michael A. Fritz, Sr.
            Michael A. Fritz, Sr.