UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In re:<br><br>THE COLONIAL BANCGROUP, INC.,<br><br>    Debtor.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Colonial Bank,<br><br>    Appellant,<br><br>v.<br><br>THE COLONIAL BANCGROUP, INC., et al.,<br><br>    Appellees. | Case No. 2:11-cv-0133 (MHT)<br><br>**Bankruptcy Appeal** |

### DECLARATION OF JOHN J. CLARKE, JR.

Pursuant to 28 U.S.C. § 1746, JOHN J. CLARKE, JR., declares:

1. I am a lawyer admitted to practice in the State of New York. I am a member in good standing of that bar, as I have been since my admission in January 1991.

2. I am also admitted to practice before, and am a member in good standing of the bars of the following federal courts: the United States District Courts for the Southern and Eastern Districts of New York; the United States Courts of Appeal for the Second Circuit, the Third Circuit and the D..C. Circuit; and the United States Supreme Court.

3. In accordance with the Court's local rules, a copy of a certificate of my good standing from the United States District Court for the Southern District of New York is attached hereto as Exhibit 1.

4.  I have never been disbarred or suspended from the practice of law in the State of Alabama, in any other state or in any federal court.

5.  I am familiar with and shall be governed by the local rules of this Court, the rules of professional conduct and all requirements governing the professional behavior of members of the bar for this District.

6.  I declare under penalty of perjury that the foregoing is true and correct. Executed this the 1st day of April, 2011.

_____
John J. Clarke, Jr.

CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>    **JOHN J. CLARKE (JR)**    </u>, Bar # <u>   **JC3449**   </u>

was duly admitted to practice in this Court on

<u>   **FEBRUARY 13th, 1991**   </u>, and is in good standing as a member of the Bar of this Court.

Dated at <u>500 Pearl Street<br>New York, New York</u>   on   <u>   **MARCH 29th, 2011**   </u>

<u>   Ruby J. Krajick   </u>            by   <u>   *Wayne Bowma*   </u>
Clerk                                            Deputy Clerk