IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IN RE: )<br>)<br>THE COLONIAL BANCGROUP, )<br>INC., )<br>)<br>   Debtor. )<br>)<br>FEDERAL DEPOSIT INSURANCE )<br>CORPORATION, as Receiver )<br>for Colonial Bank, )<br>)<br>   Appellant, )<br>)<br>   v. )<br>)<br>THE COLONIAL BANCGROUP, )<br>INC., BRANCH BANKING & )<br>TRUST CO., and THE )<br>OFFICIAL COMMITTEE OF )<br>UNSECURED CREDITORS OF THE )<br>COLONIAL BANCGROUP, INC., )<br>)<br>   Appellees. ) | CIVIL ACTION NO.<br>2:11cv133-MHT |

ORDER

It is ORDERED that the motion for admission pro hac vice (Doc. No. 16) is granted.

DONE, this the 6th day of April, 2011.

                     /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE