UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **In re:**<br><br>**THE COLONIAL BANCGROUP, INC.,**<br><br>Debtor. | |
| **FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Colonial Bank,**<br><br>Appellant<br><br>v.<br><br>**THE COLONIAL BANCGROUP, INC.,**<br>et al.,<br><br>Appellees. | Case No. 2:11-cv-0133 (MHT)<br><br>**Bankruptcy Appeal** |

**JOINT MOTION TO EXTEND DEADLINE FOR RESPONSE**

Appellees The Colonial BancGroup, Inc. ("BancGroup"), the Official Committee of Unsecured Creditors of The Colonial BancGroup, Inc. (the "Committee") and Branch Banking & Trust Company ("BB&T"), and Appellant Federal Deposit Insurance Corporation, as receiver for Colonial Bank (the "FDIC-Receiver"), respectfully move the Court (the "Motion") to extend the deadline for objections and responses to the FDIC-Receiver's Stay Relief Appeal (as defined below) by the Appellees to **April 26, 2011**, and extend the FDIC-Receiver's deadline to reply to **May 10, 2011**. In support of this Motion, BancGroup, the Committee, BB&T and the FDIC-Receiver state as follows:

1. On January 25, 2011, the FDIC-Receiver filed an appeal to this Court, under 28 U.S.C. § 158(a), from (1) the memorandum opinion of the United States Bankruptcy Court for the Middle District of Alabama (the "Bankruptcy Court") entered on January 24, 2011, (2) the order of the Bankruptcy Court entered on January 24, 2011 denying the motion of the FDIC-Receiver for relief under 11 U.S.C. § 362(d) to permit the FDIC-Receiver to exercise certain setoff rights and take certain other actions, and (3) the order of

the Bankruptcy Court entered on January 25, 2011 granting BancGroup's motion to use cash collateral and overruling the FDIC-Receiver's objection to that motion [Doc. No. 1] (the "Stay Relief Appeal").

2. By this Motion, BancGroup, the Committee, BB&T and the FDIC-Receiver jointly request an extension of the deadline for the Appellees to object or respond to the FDIC-Receiver's Stay Relief Appeal to April 26, 2011, and the deadline for the FDIC-Receiver to reply to May 10, 2011.

3. BancGroup, the Committee, BB&T and the FDIC-Receiver respectfully request that the Court grant the relief requested herein and such other and further relief that it deems just and appropriate.

4. Pursuant to Rule II.C.3 of this Court's Administrative Procedures, Attorney Marc P. Solomon certifies that he has the express permission and agreement of counsel for BancGroup, BB&T and the FDIC-Receiver to affix their respective electronic signatures hereon and further certifies that the parties are in agreement on the relief requested herein.

Dated: Montgomery, Alabama  
April 18, 2011

Respectfully submitted,

 /s/ Rufus T. Dorsey, IV  
Rufus T. Dorsey, IV  
C. Edward Dobbs  
Parker, Hudson, Rainer & Dobbs LLP  
1500 Marquis Two Tower  
285 Peachtree Center Avenue, N.E.  
Atlanta, Georgia 30303  
T: (404) 523-5300  
F: (404) 522-8409  

Attorneys for The Colonial BancGroup, Inc.

  /s/ N. Christian Glenos  
N. Christian Glenos  
cglenos@ba-boult.com  
T. Parker Griffin, Jr.  
pgriffin@babc.com  
Bradley Arant Boult Cummings LLP  
One Federal Place  
1819 Fifth Avenue North  
Birmingham, Alabama 35203  
T: 205-521-8721  
F: 205-488-6721  

Attorneys for Branch Banking & Trust Company

| | |
|---|---|
| /s/ Marc P. Solomon | /s/ Michael A. Fritz, Sr. |
| Robert B. Rubin | Michael A. Fritz, Sr. |
| brubin@burr.com | Fritz, Hughes & Hill LLC |
| Marc P. Solomon | 1784 Taliaferro Trail, Suite A |
| msolomon@burr.com | Montgomery, Alabama  36117 |
| Burr Forman LLP | T: (334) 215-4422 |
| 420 North 20th Street, Suite 3400 | |
| Birmingham, Alabama  35203 | - and - |
| T:  205-251-3000 | |
| F:  205-244-5733 | John J. Clarke, Jr. |
| | DLA Piper LLP (US) |
| - and - | 1251 Avenue of the Americas |
| | New York, New York  10020-1104 |
| Alan R. Glickman | T: (212) 335-4500 |
| (admitted *pro hac vice*) | F: (212) 335-4501 |
| alan.glickman@srz.com | |
| Brian D. Pfeiffer | Attorneys for the Federal Deposit Insurance Corporation as Receiver for Colonial Bank |
| (admitted *pro hac vice*) | |
| brian.pfeiffer@srz.com | |
| Brian T. Kohn | |
| (admitted *pro hac vice*) | |
| brian.kohn@srz.com | |
| Schulte Roth & Zabel LLP | |
| 919 Third Avenue | |
| New York, New York  10022 | |
| T:  212-756-2000 | |
| F:  212-593-5955 | |

Attorneys for the Official Committee of Unsecured Creditors of The Colonial Bancgroup, Inc.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was electronically served on April 18, 2011, by transmission of Notices of Electronic Filing generated by CM/ECF to persons registered as of issuance of filing as set forth below:

Alan R. Glickman (alan.glickman@srz.com, evan.melluzzo@srz.com, courtfilings@srz.com)

Brian D. Pfeiffer (brian.pfeiffer@srz.com)

C. Edward Dobbs (ced@phrd.com)

Rufus T. Dorsey , IV (rtd@phrd.com)

J. David Freedman (jdf@phrd.com)

John J. Clarke, Jr. (john.clarke@dlapiper.com)

Thomas R. Califano (thomas.califano@dlapiper.com)

Derek F. Meek (dmeek@burr.com, jcrawfor@burr.com)

Marc P. Solomon (msolomon@burr.com)

Mark D. Griffin (mark.griffin@revenue.alabama.gov)

Michael A. Fritz, Sr. (bankruptcy@fritzandhughes.com)

N. Christian Glenos (cglenos@ba-boult.com)

Robert B. Rubin (brubin@burr.com)

T. Parker Griffin, Jr (pgriffin@babc.com, swillis@babc.com)

Dated: April 18, 2011  /s/ Marc P. Solomon
Robert B. Rubin
brubin@burr.com
Marc P. Solomon
msolomon@burr.com
BURR FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
T: 205-251-3000
F: 205-244-5733