IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
IN RE:                            )
                                  )
THE COLONIAL BANCGROUP,           )
INC.,                             )
                                  )
    Debtor.                       )
                                  )
FEDERAL DEPOSIT INSURANCE         )
CORPORATION, as Receiver          )
for Colonial Bank,                )
                                  )
    Appellant,                    )
                                  )       CIVIL ACTION NO.
    v.                            )         2:11cv133-MHT
                                  )
THE COLONIAL BANCGROUP,           )
INC., BRANCH BANKING &            )
TRUST CO., and THE                )
OFFICIAL COMMITTEE OF             )
UNSECURED CREDITORS OF THE        )
COLONIAL BANCGROUP, INC.,         )
                                  )
    Appellees.                    )
```

ORDER

It is ORDERED as follows:

(1) The joint motion to extend deadline (doc. no. 18) is granted.

(2) This appeal is reset for submission, without oral argument, on May 10, 2011.

(3) Appellees are to file their briefs by April 26, 2011.

(4) Appellant may file a reply brief by May 10, 2011.

DONE, this the 19th day of April, 2011.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**