UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In re:<br><br>THE COLONIAL BANCGROUP, INC.,<br><br>Debtor. | |
| FEDERAL DEPOSIT INSURANCE<br>CORPORATION, as Receiver for Colonial Bank,<br><br>Appellant<br><br>v.<br><br>THE COLONIAL BANCGROUP, INC.,<br>et al.,<br><br>Appellees. | Case No.  2:11-cv-0133 (MHT)<br><br>Bankruptcy Appeal |

MOTION OF APPELLEES THE COLONIAL BANCGROUP, INC.
AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
TO FILE UNREDACTED APPENDIX UNDER SEAL

In accordance with Federal Rule of Civil Procedure 26(c), as made applicable to this case by Rule 7026 of the Federal Rules of Bankruptcy Procedure, Appellees The Colonial BancGroup, Inc. (the "Debtor") and the Official Committee of Unsecured Creditors (the "Committee") (together, "Appellees") respectfully move this Court for an order granting Appellees leave to file under seal their unredacted Joint Appendix in opposition to the appeal of the Federal Deposit Insurance Corporation (the "FDIC"), as Receiver for Colonial Bank.

The requested sealing order is necessary to comply with the Confidentiality Stipulation and Protective Order that was entered in the underlying proceedings on April 7, 2010 by the United States Bankruptcy Court for the Middle District of Alabama (the "Protective

1912795 v1

Order").[1]  [Doc. No. 654.]  Pursuant to the Protective Order, all materials to be filed with a court that contain "Highly Confidential" discovery materials, as that term is defined in the Protective Order, must be filed under seal.  (Protective Order, at ¶ 6.)

The Joint Appendix includes four documents that were designated "Highly Confidential" or refer to discovery materials that have been designated "Highly Confidential": Branch Banking and Trust Company Account Statements, October 1-31, 2009; Branch Banking and Trust Company Account Statements, November 1-30, 2009; Branch Banking and Trust Company Account Statements, December 1-31, 2009; and Branch Banking and Trust Company Account Statements, March 31, 2011.

The Debtor and the Committee will file on the Court's ECF system today their joint brief in opposition to the FDIC's appeal, and the Committee will electronically file the redacted Joint Appendix on behalf of both Appellees.  The redacted Joint Appendix that will be filed today excludes the four documents that are the subject of this motion for leave to file under seal.  Appellees are serving copies of the unredacted Joint Appendix, including the documents that are the subject of this motion, on counsel for all parties to this appeal.  Each such party expressly has agreed to be bound by the Protective Order and, accordingly, may receive such "Highly Confidential" materials.

Appellees will attempt to obtain the consent of all interested parties to permit the public filing of the documents that are the subject of this motion.  If such consent is obtained before the requested relief is granted, Appellees will withdraw this motion and file the unredacted Joint Appendix on the Court's ECF system.  In the absence of such consent, good cause exists to grant the relief requested in this motion.  As all of the documents at issue have

---

[1] A copy of the Protective Order is attached as Exhibit A.

1912795 v1

2

been designated "Highly Confidential," or refer to documents that have been designated "Highly Confidential," they are subject to claims of confidentiality under the Protective Order by parties in interest.  Accordingly, filing under seal is required to ensure the protection of such materials in accordance with the terms of the Protective Order that all parties in interest agreed would govern the use and disclosure of "Confidential" and "Highly Confidential" discovery materials.

## CERTIFICATION

Pursuant to Rule II.C.3 of this Court's Administrative Procedures, Attorney Marc P. Solomon certifies that he has the express permission and agreement of Rufus T. Dorsey, counsel for the Debtor, to affix the electronic signature of Rufus T. Dorsey hereon and further certifies that the Debtor and Committee are in agreement on the relief requested herein.

DATED:  April 26, 2011

Respectfully submitted,

/s/ Rufus T. Dorsey, IV
C. Edward Dobbs
Rufus T. Dorsey, IV
J. David Freedman
**PARKER, HUDSON, RAINER & DOBBS LLP**
1500 Marquis Two Tower
285 Peachtree Center Avenue, N.E.
Atlanta, Georgia  30303
Telephone:  404-523-5300
Facsimile:  404-522-8409

*Attorneys for the Debtor and Debtor in Possession*

/s/ Marc P. Solomon
Robert B. Rubin
Marc P. Solomon
**BURR FORMAN LLP**
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Telephone:  205-251-3000

Facsimile: 205-244-5733

- and -

Alan R. Glickman
Brian D. Pfeiffer
Brian T. Kohn
**S**CHULTE **R**OTH **& Z**ABEL **LLP**
919 Third Avenue
New York, New York  10022
Telephone: 212-756-2000
Facsimile: 212-593-5955

*Attorneys for the Official Committee of Unsecured Creditors*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the foregoing document was electronically served on April 26, 2011, by transmission of Notices of Electronic Filing generated by CM/ECF to persons registered as of issuance of filing as set forth below:

    Alan R. Glickman (alan.glickman@srz.com, evan.melluzzo@srz.com, courtfilings@srz.com)

    Brian D. Pfeiffer (brian.pfeiffer@srz.com)

    C. Edward Dobbs (ced@phrd.com)

    Rufus T. Dorsey , IV (rtd@phrd.com)

    J. David Freedman (jdf@phrd.com)

    John J. Clarke, Jr. (john.clarke@dlapiper.com)

    Thomas R. Califano (thomas.califano@dlapiper.com)

    Derek F. Meek (dmeek@burr.com, jcrawfor@burr.com)

    Marc P. Solomon (msolomon@burr.com)

    Mark D. Griffin (mark.griffin@revenue.alabama.gov)

    Michael A. Fritz, Sr. (bankruptcy@fritzandhughes.com)

    N. Christian Glenos (cglenos@ba-boult.com)

    Robert B. Rubin (brubin@burr.com)

    T. Parker Griffin, Jr (pgriffin@babc.com, swillis@babc.com)

Dated:  April 26, 2011                    /s/ Marc P. Solomon
                                                Robert B. Rubin
                                                brubin@burr.com
                                                Marc P. Solomon
                                                msolomon@burr.com
                                                BURR FORMAN LLP
                                                420 North 20th Street, Suite 3400
                                                Birmingham, Alabama  35203
                                                T:  205-251-3000
                                                F:  205-244-5733