UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **In re:**<br><br>**THE COLONIAL BANCGROUP, INC.,**<br><br>　　　　Debtor.<br><br>---<br><br>**FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Colonial Bank,**<br><br>　　　　Appellant<br><br>　　　　v.<br><br>**THE COLONIAL BANCGROUP, INC.,**<br>**et al.,**<br><br>　　　　Appellees. | **Case No.  2:11-cv-0133 (MHT)**<br><br>**Bankruptcy Appeal** |

**ORDER GRANTING MOTION OF THE COLONIAL BANCGROUP, INC.
AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR LEAVE TO FILE JOINT APPENDIX UNDER SEAL**

　　　　This matter having come before the Court on motion (the "Motion") of The Colonial BancGroup, Inc. (the "Debtor") and the Official Committee of Unsecured Creditors (the "Committee") for leave to file under seal the Joint Appendix in opposition to the appeal of the Federal Deposit Insurance Corporation (the "FDIC"), as Receiver for Colonial Bank, and the Court having reviewed the Motion and good cause appearing therefor;

　　　　**NOW THEREFORE, IT IS ORDERED:**

　　　　The Motion of the Debtor and the Committee is GRANTED and they may file the Joint Appendix in opposition to the FDIC's appeal under seal.

**SO ORDERED** this ___ day of _____, 2011.

_____
United States District Judge