UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In re:<br><br>THE COLONIAL BANCGROUP, INC.,<br><br>Debtor.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Colonial Bank,<br><br>Appellant<br><br>v.<br><br>THE COLONIAL BANCGROUP, INC., et al.,<br><br>Appellees. | Case No.  2:11-cv-0133 (MHT)<br><br>**Bankruptcy Appeal** |

**CERTIFICATE OF SERVICE OF BRIEF OF THE COLONIAL BANCGROUP, INC. AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN OPPOSITION TO THE APPEAL OF THE FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR COLONIAL BANK**

The undersigned hereby certifies that a true and correct copy of the *Brief of the Colonial Bancgroup, Inc. and the Official Committee of Unsecured Creditors In Opposition To the Appeal of the Federal Deposit Insurance Corporation, as Receiver For Colonial Bank* was electronically served on April 26, 2011, by transmission of Notices of Electronic Filing generated by CM/ECF to persons registered as of issuance of filing as set forth below:

Alan R. Glickman (alan.glickman@srz.com, evan.melluzzo@srz.com, courtfilings@srz.com)

Brian D. Pfeiffer (brian.pfeiffer@srz.com)

C. Edward Dobbs (ced@phrd.com)

1912892 v1

Rufus T. Dorsey , IV (rtd@phrd.com)

J. David Freedman (jdf@phrd.com)

John J. Clarke, Jr. (john.clarke@dlapiper.com)

Thomas R. Califano (thomas.califano@dlapiper.com)

Derek F. Meek (dmeek@burr.com, jcrawfor@burr.com)

Marc P. Solomon (msolomon@burr.com)

Mark D. Griffin (mark.griffin@revenue.alabama.gov)

Michael A. Fritz, Sr. (bankruptcy@fritzandhughes.com)

N. Christian Glenos (cglenos@ba-boult.com)

Robert B. Rubin (brubin@burr.com)

T. Parker Griffin, Jr (pgriffin@babc.com, swillis@babc.com)

| | |
|---|---|
| Dated:  April 26, 2011 | /s/ Marc P. Solomon<br>Robert B. Rubin<br>brubin@burr.com<br>Marc P. Solomon<br>msolomon@burr.com<br>BURR FORMAN LLP<br>420 North 20th Street, Suite 3400<br>Birmingham, Alabama  35203<br>T:  205-251-3000<br>F:  205-244-5733 |