UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **In re:**<br><br>**THE COLONIAL BANCGROUP, INC.,**<br><br>Debtor.<br><br>**FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Colonial Bank,**<br><br>Appellant<br><br>v.<br><br>**THE COLONIAL BANCGROUP, INC.,**<br>et al.,<br><br>Appellees. | Case No. 2:11-cv-0133 (MHT)<br><br>**Bankruptcy Appeal** |

**CERTIFICATE OF SERVICE OF JOINT APPENDIX OF APPELLEES THE COLONIAL BANCGROUP, INC. AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

The undersigned hereby certifies that a true and correct copy of the *Appendix of Appellees the Colonial Bancgroup, Inc. and the Official Committee of Unsecured Creditors* was electronically served on April 26, 2011, by transmission of Notices of Electronic Filing generated by CM/ECF to persons registered as of issuance of filing as set forth below:

Alan R. Glickman (alan.glickman@srz.com, evan.melluzzo@srz.com, courtfilings@srz.com)

Brian D. Pfeiffer (brian.pfeiffer@srz.com)

C. Edward Dobbs (ced@phrd.com)

Rufus T. Dorsey , IV (rtd@phrd.com)

J. David Freedman (jdf@phrd.com)

1912879 v1

John J. Clarke, Jr. (john.clarke@dlapiper.com)

Thomas R. Califano (thomas.califano@dlapiper.com)

Derek F. Meek (dmeek@burr.com, jcrawfor@burr.com)

Marc P. Solomon (msolomon@burr.com)

Mark D. Griffin (mark.griffin@revenue.alabama.gov)

Michael A. Fritz, Sr. (bankruptcy@fritzandhughes.com)

N. Christian Glenos (cglenos@ba-boult.com)

Robert B. Rubin (brubin@burr.com)

T. Parker Griffin, Jr (pgriffin@babc.com, swillis@babc.com)

| | |
|---|---|
| Dated: April 26, 2011 | /s/ Marc P. Solomon |
| | Robert B. Rubin |
| | brubin@burr.com |
| | Marc P. Solomon |
| | msolomon@burr.com |
| | BURR FORMAN LLP |
| | 420 North 20th Street, Suite 3400 |
| | Birmingham, Alabama  35203 |
| | T:  205-251-3000 |
| | F:  205-244-5733 |

2

1912879 v1