## IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **In re:**  )<br>)<br>**THE COLONIAL BANCGROUP, INC.**  )<br>)<br>   **Debtor.**  )<br>)<br>_____  )<br>)<br>**FEDERAL DEPOSIT INSURANCE**  )<br>**CORPORATION, as Receiver for**  )<br>**Colonial Bank,**  )<br>)<br>   **Appellant,**  )<br>)<br>   v.  )<br>)<br>**THE COLONIAL BANCGROUP, INC.,**  )<br>**STATE OF ALABAMA DEPARTMENT OF**  )<br>**REVENUE, BRANCH BANKING & TRUST**  )<br>**CO., AND THE OFFICIAL COMMITTEE OF**  )<br>**UNSECURED CREDITORS OF THE**  )<br>**COLONIAL BANCGROUP, INC.,**  )<br>)<br>   **Appellees.**  )<br>_____  ) | **Case Number 09-32303**<br>**Chapter 11**<br><br><br><br><br><br><br><br><br><br><br>**Civil Action No. 2:11-cv-133 MHT** |

### CORRECTIVE CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2011, I caused the *Brief of Appellee Branch Banking and Trust Company and Reservation of Rights*, along with Exhibit A thereto [Docket No. 25] (collectively, the "Brief"), to be served via the CM/ECF system, by electronic mail and/or by regular U.S. mail upon the following parties:

1/2166222.1

| | |
|---|---|
| C. Edward Dobbs<br>Rufus T. Dorsey, IV<br>J. David Freedman<br>Parker, Hudson, Rainer & Dobbs, LLP<br>1500 Marquis Two Tower<br>285 Peachtree Center Avenue, N.E.<br>Atlanta, GA 30303<br>ced@phrd.com<br>rtd@phrd.com<br>jdf@phrd.com | Michael A. Fritz, Sr.<br>Fritz & Hughes, LLC<br>7020 Fain Park Drive, Suite 1<br>Montgomery, AL 36117<br>bankruptcy@fritzandhughes.com |
| W. Clark Watson<br>Balch & Bingham, LLP<br>1901 6th Avenue North, Suite 1500<br>Birmingham, AL 35203<br>cwatson@balch.com | Brian D. Pfeiffer<br>Alan R. Glickman<br>Brian T. Kohn<br>Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, NY 10022<br>Brian.pfeiffer@srz.com<br>Alan.glickman@srz.com<br>Brian.kohn@srz.com |
| Thomas R. Califano<br>John J. Clarke, Jr.<br>Michael D. Hynes<br>Spencer D. Stiefel<br>DLA Piper LLP (US)<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Thomas.califano@dlapiper.com<br>John.clarke@dlapiper.com<br>Michael.hynes@dlapiper.com<br>Spencer.stiefel@dlapiper.com | Marc Peter Solomon<br>Derek Firth Meek<br>Robert Barton Rubin<br>Burr & Forman LLP<br>420 North 20th Street<br>3400 Wachovia Tower<br>Birmingham, AL 35203<br>msolomon@burr.com<br>dmeek@burr.com<br>brubin@burr.com |
| Mark Douglas Griffin<br>State of Alabama Dept. of Revenue<br>Legal Division<br>PO Box 320001<br>Montgomery, AL 36132-0001<br>mark.griffin@revenue.alabama.gov | Gus Small<br>Brent Herrin<br>Cohen Pollock Merlin & Small<br>Suite 1600<br>3350 Riverwood Parkway<br>Atlanta, GA 30339<br>gsmall@cpmas.com<br>bherrin@cpmas.com |

The Certificate of Service on the Brief incorrectly states that the Brief was served on April 26, 2011, which instead should have stated April 27, 2011.

  Respectfully submitted this the 27th day of April, 2011.

                /s/ N. Christian Glenos
                OF COUNSEL

1/2166222.1