IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| THE COLONIAL BANCGROUP, ) | |
| INC., ) | |
| ) | |
|     Debtor. ) | |
| ) | |
| FEDERAL DEPOSIT INSURANCE ) | |
| CORPORATION, as Receiver ) | |
| for Colonial Bank, ) | |
| ) | |
|     Appellant, ) | |
| ) | CIVIL ACTION NO. |
|     v. ) | 2:11cv133-MHT |
| ) | |
| THE COLONIAL BANCGROUP, ) | |
| INC., BRANCH BANKING & ) | |
| TRUST CO., and THE ) | |
| OFFICIAL COMMITTEE OF ) | |
| UNSECURED CREDITORS OF THE ) | |
| COLONIAL BANCGROUP, INC., ) | |
| ) | |
|     Appellees. ) | |

ORDER

It is ORDERED that the motion to seal (doc. no. 22) is granted.

DONE, this the 3rd day of May, 2011.

                                  /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE