UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **In re:**<br><br>**THE COLONIAL BANCGROUP, INC.,**<br><br>Debtor. | |
| **FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Colonial Bank,**<br><br>Appellant,<br><br>v.<br><br>**THE COLONIAL BANCGROUP, INC., et al.,**<br><br>Appellees. | Case No. 2:11-cv-0133 (MHT)<br><br><u>**Bankruptcy Appeal**</u> |

**CONSENT MOTION TO EXTEND TIME FOR APPELLANT FDIC-RECEIVER
TO FILE ITS REPLY BRIEF ON APPEAL**

Appellant Federal Deposit Insurance Corporation, as receiver for Colonial Bank (the "<u>FDIC-Receiver</u>"), respectfully moves the Court for a three-day extension until Friday, **May 13, 2011** (the "<u>Motion</u>") of its deadline to file its reply brief in this appeal from orders of the U.S. Bankruptcy Court for the Middle District of Alabama (the "<u>Bankruptcy Court</u>"). Each of the appellees has consented to the relief requested. In support of this Motion, the FDIC-Receiver states:

1. The FDIC-Receiver filed its notice of appeal on January 25, 2011. The appeal was docketed in this Court on February 28, 2011.

2. In accordance with the original scheduling order entered by the Court, the FDIC-Receiver filed its opening brief on appeal and its appendix on March 29, 2011.

3. At the joint request of all parties, the Court entered an amended scheduling order on April 19, 2011.  Under the schedule as extended by that Order, appellees' briefs in opposition were to be filed by April 26, 2011 and the FDIC-Receiver's reply brief is to be filed by May 10, 2011, when the appeal would be submitted without oral argument.  Appellees' briefs have been filed in accordance with the amended scheduling order.

4. This motion requests a three-day extension of the deadline for filing the FDIC-Receiver's reply brief on appeal until May 13, 2011.

5. The additional time is requested because of significant activity last week and in the next several days in matters pertaining to the pending chapter 11 bankruptcy case of the debtor The Colonial BancGroup, Inc. ("BancGroup") and in other litigation between BancGroup and the FDIC-Receiver that is pending in this Court.  Last week, this activity included the deposition of BancGroup's former chief financial officer, the deposition of BancGroup's chief restructuring officer and a hearing before the Bankruptcy Court.  During the next several days, the activity will include a hearing before the Bankruptcy Court with respect to BancGroup's proposed plan of liquidation and the FDIC-Receiver's motion to convert BancGroup's chapter 11 bankruptcy case to a chapter 7 liquidation.

6. The short requested extension would enable counsel for the FDIC-Receiver to devote appropriate time to the preparation of the reply brief in this appeal notwithstanding the need to also devote time to these other matters.

7. Counsel for the FDIC-Receiver has consulted with counsel for appellees BancGroup, its Official Committee of Unsecured Creditors and Branch Banking and Trust Co. All of the appellees consent to the relief requested.

WHEREFORE, the FDIC-Receiver respectfully requests that the deadline for filing its reply brief in this appeal be extended through and including May 13, 2011.

Dated: Montgomery, Alabama
      May 9, 2011

Respectfully submitted,

 /s/ Michael A. Fritz, Sr.
Michael A. Fritz, Sr.
michael@fritzandhughes.com
Fritz Hughes & Hill, LLC
1784 Taliaferro Trail, Suite A
Montgomery, Alabama  36117
(334) 215-4422

John J. Clarke, Jr.
Thomas R. Califano
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York  10020-1104
(212) 335-4500

Attorneys for the
 Federal Deposit Insurance Corporation,
 as Receiver for Colonial Bank

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies he is one of the attorneys for defendant FDIC-Receiver and that on May 9, 2011, a true and correct copy of the foregoing document was filed with this Court's ECF system in this action, which will cause the electronic service of this document upon all persons registered in this action to receive CM/ECF notifications as of its filing to include the following:

**C. Edward Dobbs**
Parker, Hudson, Rainer & Dobbs, LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, NE
Atlanta, GA 30303
Email: ced@phrd.com

**Alan R. Glickman**
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
Email: alan.glickman@srz.com

**J. David Freedman**
Parker, Hudson, Rainer & Dobbs, LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, NE
Atlanta, GA 30303
Email:  jdf@phrd.com

**Brian T. Kohn**
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
Email: brian.kohn@srz.com

**Rufus T. Dorsey IV**
Parker, Hudson, Rainer & Dobbs, LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, NE
Atlanta, GA 30303
Email: rtd@phrd.com

**Brian D. Pfeiffer**
Schulte Roth & Zabel
919 Third Avenue
New York, NY 10022
Email: brian.pfeiffer@srz.com

**Mark Douglas Griffin**
State of Alabama Dept. of Revenue
Legal Division
PO Box 320001
Montgomery, AL 36132-0001
Email: mark.griffin@revenue.alabama.gov

**Derek Firth Meek**
Burr & Forman LLP
420 North 20th Street Suite 3400
Birmingham, AL 35203
Email: dmeek@burr.com

**Nicholas Christian Glenos**
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
Email: cglenos@ba-boult.com

**Marc Peter Solomon**
Burr & Forman LLP
420 North 20th St., Suite 3400
Birmingham, AL 35203
Email: msolomon@burr.com

| | |
|---|---|
| **Thomas Parker Griffin , Jr.** | **Robert Barton Rubin** |
| Bradley Arant Boult Cummings,LLP | Burr & Forman LLP |
| 1819 5th Avenue North | 420 North Twentieth Street 3 |
| Birmingham, AL 35203 | Birmingham, AL 35203 |
| Email: pgriffin@babc.com | Email: brubin@burr.com |

                                                    /s/ Michael A. Fritz, Sr.
                                                      Michael A. Fritz, Sr.