IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IN RE: )<br>)<br>THE COLONIAL BANCGROUP, )<br>INC., )<br>)<br>    Debtor. )<br>)<br>FEDERAL DEPOSIT INSURANCE )<br>CORPORATION, as Receiver )<br>for Colonial Bank, )<br>)<br>    Appellant, )<br>)<br>    v. )<br>)<br>THE COLONIAL BANCGROUP, )<br>INC., BRANCH BANKING & )<br>TRUST CO., and THE )<br>OFFICIAL COMMITTEE OF )<br>UNSECURED CREDITORS OF THE )<br>COLONIAL BANCGROUP, INC., )<br>)<br>    Appellees. ) | CIVIL ACTION NO.<br>2:11cv133-MHT |

ORDER

It is ORDERED as follows:

(1) The consent motion to extend time (doc. no. 28) is granted.

(2) This appeal is reset for submission, without oral argument, on May 13, 2011.

(3) Appellant may file a reply brief by May 13, 2011.

DONE, this the 11th day of May, 2011.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE