IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| THE COLONIAL BANCGROUP, | ) | |
| INC., | ) | |
| | ) | |
|     Debtor. | ) | |
| | ) | |
| FEDERAL DEPOSIT INSURANCE | ) | |
| CORPORATION, as Receiver | ) | |
| for Colonial Bank, | ) | |
| | ) | |
|     Appellant, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:11cv133-MHT |
| | ) | |
| THE COLONIAL BANCGROUP, | ) | |
| INC., BRANCH BANKING & | ) | |
| TRUST CO., and THE | ) | |
| OFFICIAL COMMITTEE OF | ) | |
| UNSECURED CREDITORS OF THE | ) | |
| COLONIAL BANCGROUP, INC., | ) | |
| | ) | |
|     Appellees. | ) | |

ORDER

It is ORDERED that the motion to strike (doc. no. 31) is set for submission, without oral argument, on June 13, 2011, with all briefs due by said date.

DONE, this the 3rd day of June, 2011.

                                     /s/ Myron H. Thompson  
                                     **UNITED STATES DISTRICT JUDGE**