IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| THE COLONIAL BANCGROUP, INC., | ) ) | |
| | ) | |
|     Debtor. | ) | |
| | ) | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Colonial Bank, | ) ) ) | |
| | ) | |
|     Appellant, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:11cv133-MHT |
| | ) | |
| THE COLONIAL BANCGROUP, INC., BRANCH BANKING & TRUST CO., and THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE COLONIAL BANCGROUP, INC., | ) ) ) ) ) ) | |
| | ) | |
|     Appellees. | ) | |

ORDER

It is ORDERED as follows:

(1) Appellees' alternative motion to file sur-reply

    (doc. no. 31) is granted.

(2) Appellees are allowed until July 18, 2011, to

file a sur-reply on the 'merits' of the allegedly newly presented argument, and appellant is allowed until July 25, 2011, to file a response to the sur-reply.

(3) Appellees' motion to strike (doc. no. 31) is carried with the case. By addressing the allegedly newly presented argument on the merits, appellees have not waived their motion to strike.

DONE, this the 11th day of July, 2011.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE