UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **In re:**<br><br>**THE COLONIAL BANCGROUP, INC.,**<br><br>Debtor. | **Case No. 2:11-cv-0133 (MHT)**<br><br>**Bankruptcy Appeal** |
| **FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Colonial Bank,**<br><br>Appellant<br><br>v.<br><br>**THE COLONIAL BANCGROUP, INC.,** et al.,<br><br>Appellees. | |

### REQUEST FOR REMOVAL FROM CASE NOTICING

**COME NOW** Robert B. Rubin ("Rubin"), Derek F. Meek ("Meek") and Marc P. Solomon ("Solomon"), of the law firm of Burr & Forman, LLP, former counsel for the Official Committee of Unsecured Creditors (the "Creditors' Committee") in the bankruptcy styled *In re Colonial Bancgroup, Inc.* located in the United States Bankruptcy Court for the Middle District of Alabama, Case No. 09-32303 (DHW) (the "Bankruptcy Case"), and request that Rubin, Meek and Solomon, individually, and Burr & Forman LLP (together with Rubin, Meek and Solomon the "Former Counsel") be removed from all case noticing in this matter, including, but not limited to, electronic and paper noticing. Pursuant to the operation of law and the confirmed Chapter 11 Plan of reorganization, confirmed in the Bankruptcy Case on or about June 2, 2011, the Creditors' Committee has been disbanded. As a result, Former Counsel no longer represent any parties involved in this Bankruptcy Case, nor do they represent any parties in the various

1940901 v7

appeals related to this Bankruptcy Case.  Former Counsel request that they be removed from all noticing in this matter to avoid unnecessary and/or duplicative notices.

Dated this the 22nd day of September 2011.

                Respectfully submitted,

                /s/ Marc P. Solomon
                Robert B. Rubin
                Derek F. Meek
                Marc P. Solomon

**OF COUNSEL:**

Burr & Forman LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
Email: brubin@burr.com
       dmeek@burr.com
       msolomon@burr.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing on all parties participating in the Notice of Electronic Filing system via the courts ECF/CM program on this the 22nd day of September 2011.

                /s/ Marc P. Solomon
                OF COUNSEL

1940901 v7

2