UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **In re:**<br><br>**THE COLONIAL BANCGROUP, INC.,**<br><br>Debtor. | |
| **FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Colonial Bank,**<br><br>Appellant<br><br>v.<br><br>**THE COLONIAL BANCGROUP, INC.,**<br>et al.,<br><br>Appellees. | Case No.  2:11-cv-0133 (MHT)<br><br>**Bankruptcy Appeal** |

### REQUEST FOR REMOVAL FROM CASE NOTICING

**COME NOW** Brian D. Pfeiffer ("Pfeiffer"), Brian Kohn ("Kohn"), Lawrence V. Gelber ("Gelber") and Alan R. Glickman ("Glickman"), of the law firm of Schulte Roth & Zabel LLP, former counsel for the Official Committee of Unsecured Creditors (the "Creditors' Committee") in the bankruptcy styled *In re Colonial Bancgroup, Inc.* located in the United States Bankruptcy Court for the Middle District of Alabama, Case No. 09-32303 (DHW) (the "Bankruptcy Case"), and request that Pfeiffer, Kohn, Gelber, and Glickman, individually, and Schulte Roth & Zabel LLP (together with Pfeiffer, Kohn, Gelber, and Glickman the "Former Counsel") be removed from all case noticing in this matter, including, but not limited to, electronic and paper noticing. Pursuant to the operation of law and the confirmed Chapter 11 Plan of reorganization, confirmed in the Bankruptcy Case on or about June 2, 2011, the Creditors' Committee has been disbanded. As a result, Former Counsel no longer represent any parties involved in this Bankruptcy Case, nor do they represent any parties in the various appeals related to this Bankruptcy Case.  Former

1940901 v5

Counsel request that they be removed from all noticing in this matter to avoid unnecessary and/or duplicative notices.

Dated this the 22nd day of September 2011.

Respectfully submitted,

/s/ Brian D. Pfeiffer
Brian D. Pfeiffer
Brian Kohn
Lawrence V. Gelber
Alan R. Glickman
Schulte Roth & Zabel
919 Third Avenue
New York, NY 10022
Telephone: (212) 756-2157
Facsimile: (212) 593-5955
Email: brian.pfeiffer@srz.com
brian.kohn@srz.com
lawrence.gelber@srz.com
alan.glickman@srz.com

Robert B. Rubin
Derek F. Meek
Marc P. Solomon
Burr & Forman LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
Email: brubin@burr.com
dmeek@burr.com
msolomon@burr.com

**Former Counsel To The Official Committee Of Unsecured Creditors**

## **CERTIFICATE OF SERVICE**

    I hereby certify that I have served a copy of the foregoing on all parties participating in the Notice of Electronic Filing system via the courts ECF/CM program on this the 22nd day of September 2011.

                                                /s/ Brian D. Pfeiffer
                                                OF COUNSEL