```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

          MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


IN RE:                          )
                                )
THE COLONIAL BANCGROUP,         )
INC.,                           )
                                )
    Debtor.                     )
                                )
FEDERAL DEPOSIT INSURANCE       )
CORPORATION, as Receiver        )
for Colonial Bank,              )
                                )
    Appellant,                  )
                                )    CIVIL ACTION NO.
    v.                          )      2:11cv133-MHT
                                )
THE COLONIAL BANCGROUP,         )
INC., et al.,                   )
                                )
    Appellees.                  )
```

## ORDER

In light of the representations made in the requests for removal (doc. nos. 38 & 39) that the Official Committee of Unsecured Creditors "has been disbanded," it is ORDERED that the Official Committee of Unsecured Creditors is dismissed and terminated as a party to this appeal. The court assumes that all other parties to this appeal have no objection to the allowance of the

dismissal and termination; however, if they do, they must file the objection within seven days from the date of this order.

DONE, this the 26th day of September, 2011.


    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**