IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| THE COLONIAL BANCGROUP, | ) | |
| INC., | ) | |
| | ) | |
|     Debtor. | ) | |
| | ) | |
| FEDERAL DEPOSIT INSURANCE | ) | |
| CORPORATION, as Receiver | ) | |
| for Colonial Bank, | ) | |
| | ) | |
|     Appellant, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:11cv133-MHT |
| | ) | |
| THE COLONIAL BANCGROUP, | ) | |
| INC., et al., | ) | |
| | ) | |
|     Appellees. | ) | |

ORDER

It is ORDERED that the requests for removal from case noticing (doc. nos. 38 & 39) are treated as requests for withdrawal as counsel and removal from case noticing and said requests are granted in full.

DONE, this the 26th day of September, 2011.

                                      /s/ Myron H. Thompson  
                                      UNITED STATES DISTRICT JUDGE