```
IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

   MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION
```

| | |
|---|---|
| IN RE: ) | |
| ) | |
| THE COLONIAL BANCGROUP, ) | |
| INC., ) | |
| ) | |
|    Debtor. ) | |
| ) | |
| FEDERAL DEPOSIT INSURANCE ) | |
| CORPORATION, as Receiver ) | |
| for Colonial Bank, ) | |
| ) | |
|    Appellant, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:11cv133-MHT |
| ) | |
| THE COLONIAL BANCGROUP, ) | |
| INC., et al., ) | |
| ) | |
|    Appellees. ) | |

## ORDER

It is ORDERED that this case is set for oral argument on December 2, 2011, at 10:30 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 3rd day of October, 2011.

                                          /s/ Myron H. Thompson  
                                  **UNITED STATES DISTRICT JUDGE**