**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **In re:** | |
| | |
| **THE COLONIAL BANCGROUP, INC.,** | |
| **Debtor.** | **Case No.  2:11-cv-0133 (MHT)** |
| | |
| **FEDERAL DEPOSIT INSURANCE** | **Bankruptcy Appeal** |
| **CORPORATION, as Receiver for Colonial Bank,** | |
| **Appellant** | |
| **v.** | |
| **THE COLONIAL BANCGROUP, INC., et al.,** | |
| **Appellees.** | |

**NOTICE OF SCHEDULING CONFLICTS FOR CONTINUED ORAL ARGUMENT**

On November 29, 2011, the Court notified the undersigned counsel to Appellee The Colonial BancGroup, Inc. (the "Debtor") that the oral argument currently scheduled in the above-captioned bankruptcy appeal for December 2, 2011 would be continued to a later date.[1] For purposes of rescheduling the December 2 oral argument, the undersigned respectfully gives notice of the following scheduling conflicts during December of 2011 and January of 2012 due to hearings in unrelated matters, multi-party mediations, speaking engagements and planned vacations:

---

[1] Debtor's counsel understands that the oral argument may be continued to January 20, 2012.  The undersigned does not have a scheduling conflict with this date.

<u>Scheduling Conflicts</u>

December 7-9, 2011

December 13, 2011

December 19-31, 2011

January 1-7, 2012

DATED:  November 30, 2011

Respectfully submitted,

/s/ Rufus T. Dorsey, IV
C. Edward Dobbs
Rufus T. Dorsey, IV
J. David Freedman
**PARKER, HUDSON, RAINER & DOBBS LLP**
1500 Marquis Two Tower
285 Peachtree Center Avenue, N.E.
Atlanta, Georgia  30303
Telephone:  404-523-5300
Facsimile:  404-522-8409

*Attorneys for the Debtor*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was electronically served on November 30, 2011, by transmission of Notices of Electronic Filing generated by CM/ECF to persons registered as of issuance of filing, addressed as follows:

C. Edward Dobbs (ced@phrd.com)

J. David Freedman (jdf@phrd.com)

John J. Clarke, Jr. (john.clarke@dlapiper.com)

Mark D. Griffin (mark.griffin@revenue.alabama.gov)

Michael A. Fritz, Sr. (bankruptcy@fritzandhughes.com)

N. Christian Glenos (cglenos@ba-boult.com)

T. Parker Griffin, Jr. (pgriffin@babc.com)

Thomas R. Califano (thomas.califano@dlapiper.com)

/s/ Rufus T. Dorsey, IV
Rufus T. Dorsey, IV

*Attorney for the Debtor*