# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **In re:**<br><br>**THE COLONIAL BANCGROUP, INC.,**<br><br>  Debtor. | |
| **FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Colonial Bank,**<br><br>  Appellant,<br><br>  v.<br><br>**THE COLONIAL BANCGROUP, INC., et al.,**<br><br>  Appellees. | **Case No. 2:11-cv-0133 (MHT)**<br><br>**Bankruptcy Appeal** |

## APPELLANT FDIC-RECEIVER'S NOTICE OF AVAILABILITY FOR ARGUMENT

To assist the Court in rescheduling argument in this appeal, appellant Federal Deposit Insurance Corporation, as receiver for Colonial Bank (the "FDIC-Receiver"), respectfully states that its counsel is not available for argument on the following dates in December 2011 and January 2012: December 9, 2011, December 26, 2011 and January 2, 2012. The FDIC-Receiver otherwise is able to participate in argument at the earliest date that is convenient for the Court.

Dated: Montgomery, Alabama
      December 1, 2011

Respectfully submitted,

 /s/ Michael A. Fritz, Sr.
Michael A. Fritz, Sr.
Fritz, Hughes & Hill LLC
1784 Taliaferro Trail, Suite A
Montgomery, Alabama  36117
(334) 215-4422
Email:  michael@fritzandhughes.com

  - and -

John J. Clarke, Jr.
Thomas R. Califano
Spencer Stiefel
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York  10020-1104
212-335-4500

Attorneys for the
 Federal Deposit Insurance Corporation,
 as Receiver for Colonial Bank