UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In re:<br><br>THE COLONIAL BANCGROUP, INC.,<br><br>       Debtor.<br><br>FEDERAL DEPOSIT INSURANCE<br>CORPORATION, as Receiver for Colonial Bank,<br><br>       Appellant<br><br>       v.<br><br>THE COLONIAL BANCGROUP, INC., et al.,<br><br>       Appellees. | Case No. 2:11-cv-0133 (MHT)<br><br>**Bankruptcy Appeal** |

**AMENDED NOTICE OF SCHEDULING CONFLICTS
FOR CONTINUED ORAL ARGUMENT**

On November 29, 2011, the Court notified the undersigned counsel to Appellee The Colonial BancGroup, Inc. (the "Debtor") that the oral argument currently scheduled in the above-captioned bankruptcy appeal for December 2, 2011 would be continued to a later date.[1] For purposes of rescheduling the December 2 oral argument, the undersigned respectfully gives notice of the following scheduling conflicts during December of 2011 and January of 2012 due to hearings in unrelated matters, multi-party mediations, speaking engagements and planned vacations:

---

[1] Debtor's counsel understands that the oral argument may be continued to January 20, 2012. The undersigned does not have a scheduling conflict with this date.

<u>Scheduling Conflicts</u>

December 7-9, 2011

December 14, 2011[2]

December 19-31, 2011

January 1-7, 2012

January 13, 2012

DATED:  December 5, 2011

                              Respectfully submitted,

                              <u>/s/ Rufus T. Dorsey, IV</u>
                              C. Edward Dobbs
                              Rufus T. Dorsey, IV
                              J. David Freedman
                              **PARKER, HUDSON, RAINER & DOBBS LLP**
                              1500 Marquis Two Tower
                              285 Peachtree Center Avenue, N.E.
                              Atlanta, Georgia  30303
                              Telephone:  404-523-5300
                              Facsimile:  404-522-8409

                              *Attorneys for the Debtor*

---

[2]  On November 30, 2011, Debtor's counsel filed its original notice of scheduling conflicts [Doc. No. 43].  At the time of filing of that notice, December <u>13</u>, 2011 posed a conflict due to a previously scheduled hearing in another matter.  That hearing has been continued to January 13, 2012.

While December 13 no longer poses a scheduling conflict, Debtor's counsel has recently scheduled a mediation session for December <u>14</u>, 2011 between the Debtor and the FDIC-Receiver in matters unrelated to this appeal. Counsel for the FDIC-Receiver for that mediation session is different from the FDIC-Receiver's counsel in this appeal and such counsel may not be aware of the date for this recently planned mediation.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was electronically served on December 5, 2011, by transmission of Notices of Electronic Filing generated by CM/ECF to persons registered as of issuance of filing, addressed as follows:

C. Edward Dobbs (ced@phrd.com)

J. David Freedman (jdf@phrd.com)

John J. Clarke, Jr. (john.clarke@dlapiper.com)

Mark D. Griffin (mark.griffin@revenue.alabama.gov)

Michael A. Fritz, Sr. (bankruptcy@fritzandhughes.com)

N. Christian Glenos (cglenos@ba-boult.com)

Spencer D. Stiefel (spencer.stiefel@dlapiper.com)

T. Parker Griffin, Jr. (pgriffin@babc.com)

Thomas R. Califano (thomas.califano@dlapiper.com)

/s/ Rufus T. Dorsey, IV
Rufus T. Dorsey, IV

*Attorney for the Debtor*