IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| THE COLONIAL BANCGROUP, INC., | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Colonial Bank, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:11cv133-MHT |
| | ) | |
| THE COLONIAL BANCGROUP, INC., et al., | ) | |
| | ) | |
| Appellees. | ) | |

ORDER

It is ORDERED that the oral argument in this case is reset for January 20, 2012, at 10:30 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

DONE, this the 7th day of December, 2011.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE