UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In re:<br><br>**THE COLONIAL BANCGROUP, INC.,**<br><br>    Debtor. | |
| **FEDERAL DEPOSIT INSURANCE CORPORATION,** as Receiver for Colonial Bank,<br><br>    Appellant,<br><br>    v.<br><br>**THE COLONIAL BANCGROUP, INC., et al.,**<br><br>    Appellees. | Case No. 2:11-cv-0133 (MHT)<br><br>**Bankruptcy Appeal** |

**FDIC-RECEIVER'S MOTION FOR A STAY PENDING APPEAL
AND EMERGENCY REQUEST FOR INTERIM RELIEF**

Pursuant to Rule 8005 of the Federal Rules of Bankruptcy Procedure Appellant Federal Deposit Insurance Corporation, as receiver for Colonial Bank (the "FDIC-Receiver"), for the reasons set forth in the accompanying Declaration of John J. Clarke, Jr. dated December 7, 2011, the FDIC-Receiver's memorandum of points and authorities and such other proceedings as may be had before the Court, respectfully moves (i) for an order prohibiting any transfer or disbursement from any of the six deposit accounts that are the subject of the underlying appeal until 14-days after an order has been entered by this Court resolving this appeal and (ii) for an emergency interim order continuing an interim stay of an order of the bankruptcy court that would permit the disbursement of the entire balance in one of those six accounts.

## **Nature of the Request for Emergency Interim Relief.**

The FDIC-Receiver respectfully requests that this Court grant it emergency interim relief by no later than December 15, 2011 staying the effectiveness of a bankruptcy court order entered on December 1, 2011 that would permit the disbursement of the entire balance of one of those accounts. The bankruptcy court already has granted a 14-day stay of the effectiveness of that order in order to permit the FDIC-Receiver to obtain such interim relief from this Court.

To the extent it may be deemed applicable, in accordance with Bankruptcy Rule 8011(d), a declaration setting forth the nature of the emergency that requires expedited consideration of the relief requested is being filed with this motion.

## **Prior Related Proceedings on Stay Pending Appeal**

In accordance with Bankruptcy Rule 8005, the FDIC-Receiver first sought the relief requested herein from the bankruptcy court, which granted the FDIC-Receiver's motion for a stay pending appeal in an agreed order entered on January 28, 2011. However, in a more recent order entered on December 1, 2011, the bankruptcy court denied the FDIC-Receiver any further stay pending appeal with respect to one of six disputed accounts, and it permitted appellee The Colonial BancGroup, Inc. (the "Debtor") to withdraw the entire remaining balance of its alleged "operating" account, in the approximate amount of $5.4 million.

Dated: Montgomery, Alabama
December 8, 2011

Respectfully submitted,

 /s/ Michael A. Fritz, Sr.
Michael A. Fritz, Sr.
Fritz & Hughes LLC
1784 Taliaferro Trail, Suite A
Montgomery, Alabama  36117
(334) 215-4422

John J. Clarke, Jr.
Thomas R. Califano
Spencer Stiefel
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York  10020-1104
212-335-4500

Attorneys for the
Federal Deposit Insurance Corporation
as Receiver for Colonial Bank

## CERTIFICATE OF SERVICE

The undersigned hereby certifies he is one of the attorneys for defendant FDIC-Receiver and that on December 8, 2011, a true and correct copy of the foregoing document and accompanying documents were filed with this Court's ECF system in this action, which will cause the electronic service of these documents upon all persons registered in this action to receive CM/ECF notifications as of its filing to include the following:

**C. Edward Dobbs**
Parker, Hudson, Rainer & Dobbs, LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, NE
Atlanta, GA 30303
Email: ced@phrd.com

**Nicholas Christian Glenos**
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
Email: cglenos@ba-boult.com

**J. David Freedman**
Parker, Hudson, Rainer & Dobbs, LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, NE
Atlanta, GA 30303
Email:  jdf@phrd.com

**Thomas Parker Griffin , Jr.**
Bradley Arant Boult Cummings,LLP
1819 5th Avenue North
Birmingham, AL 35203
Email: pgriffin@babc.com

**Rufus T. Dorsey IV**
Parker, Hudson, Rainer & Dobbs, LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, NE
Atlanta, GA 30303
Email: rtd@phrd.com

**Mark Douglas Griffin**
State of Alabama Dept. of Revenue
Legal Division
PO Box 320001
Montgomery, AL 36132-0001
Email: mark.griffin@revenue.alabama.gov

    /s/ Michael A. Fritz, Sr.
      Michael A. Fritz, Sr.