IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| THE COLONIAL BANCGROUP, | ) | |
| INC., | ) | |
| | ) | |
|     Debtor. | ) | |
| | ) | |
| FEDERAL DEPOSIT INSURANCE | ) | |
| CORPORATION, as Receiver | ) | |
| for Colonial Bank, | ) | |
| | ) | |
|     Appellant, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:11cv133-MHT |
| | ) | |
| THE COLONIAL BANCGROUP, | ) | |
| INC., et al., | ) | |
| | ) | |
|     Appellees. | ) | |

ORDER

As stated on the record on December 15, 2011, it is ORDERED that the stay, entered by the bankruptcy judge on December 1, 2011 (doc. no. 47-2) at 17, is continued to December 21, 2011.

DONE, this the 16th day of December, 2011.

                                                /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**