IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
IN RE:                         )
                               )
THE COLONIAL BANCGROUP,        )
INC.,                          )
                               )
     Debtor.                   )
                               )
FEDERAL DEPOSIT INSURANCE      )
CORPORATION, as Receiver       )
for Colonial Bank,             )
                               )
     Appellant,                )
                               )   CIVIL ACTION NO.
     v.                        )     2:11cv133-MHT
                               )
THE COLONIAL BANCGROUP,        )
INC., et al.,                  )
                               )
     Appellees.                )
```

ORDER

Because the court needs additional time to resolve the matter before it, it is ORDERED that the stay, entered by the bankruptcy judge on December 1, 2011 (doc. no. 47-2) at 17, is continued to December 30, 2011.

DONE, this the 21st day of December, 2011.

　　　　　　　　　　　　　  /s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE