IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE THE COLONIAL BANCGROUP, INC., <br><br>    Debtor. | ) ) ) ) ) | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Colonial Bank, <br><br>    Appellant, <br><br>    v. <br><br>THE COLONIAL BANCGROUP, INC., et al., <br><br>    Appellees, | ) ) ) ) ) ) ) ) ) ) ) ) ) | <br><br><br><br><br>CIVIL ACTION NO.<br>2:11cv133<br>(WO) |

ORDER

It is ORDERED that the motion to strike (Doc. No. 31) is denied.

DONE, this the 4th day of January, 2012.

　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE