IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IN RE THE COLONIAL BANCGROUP, INC., <br><br>    Debtor. | )<br>)<br>)<br>) |
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Colonial Bank,<br><br>    Appellant,<br><br>  v.<br><br>THE COLONIAL BANCGROUP, INC., et al.,<br><br>    Appellees, | )<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.<br>)    2:11cv133<br>)      (WO)<br>)<br>)<br>)<br>) |

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The opinion and orders of the Bankruptcy Court of the Middle District of Alabama, entered in this case on January 24 and 25, 2011 (Doc. Nos. 2-49, 2-50, and 2-51), are vacated.

(2) This case is remanded to the bankruptcy court for further proceedings in accordance with the opinion of this court entered today.

It is further ORDERED that the parties are to bear their own costs.

The clerk of this court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 4th day of January, 2012.

                    /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE