IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IN RE THE COLONIAL ) <br> BANCGROUP, INC., ) <br> ) <br>    Debtor. ) <br> <br> FEDERAL DEPOSIT INSURANCE ) <br> CORPORATION, as Receiver ) <br> for Colonial Bank, ) <br> ) <br>    Appellant, ) <br> ) <br>    v. ) <br> ) <br> THE COLONIAL BANCGROUP, ) <br> INC., et al., ) <br> ) <br>    Appellees, ) | CIVIL ACTION NO. <br> 2:11cv133 <br> (WO) |

ORDER

It is ORDERED that the motion for rehearing (Doc. No. 60) is set for submission, without oral argument, on January 23, 2012, with all briefs due by said date.

DONE, this the 18th day of January, 2012.

                              /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE