IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
IN RE:                            )
                                  )
THE COLONIAL BANCGROUP,           )
INC.,                             )
                                  )
     Debtor.                      )
                                  )
FEDERAL DEPOSIT INSURANCE         )
CORPORATION, as Receiver          )
for Colonial Bank,                )
                                  )
     Appellant,                   )
                                  )    CIVIL ACTION NO.
     v.                           )      2:11cv133-MHT
                                  )         (WO)
THE COLONIAL BANCGROUP,           )
INC., et al.,                     )
                                  )
     Appellees.                   )
```

**JUDGMENT**

Pursuant to the joint stipulation of dismissal (doc. no. 79), it is the ORDER, JUDGMENT, and DECREE of the court that this appeal is dismissed in its entirety with prejudice and with the parties to bear their own costs and fees.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case remains closed.

DONE, this the 26th day of October, 2015.

                                /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**